UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00293-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | **JUDGMENT** |
| | ) | |
| **NORTHCROSS MEDICAL CENTER, PC; AND MARK LE,** | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** having come before the court on the joint Motion for Final Order, and the parties therein having shown to the court that the issues in this action have been resolved through a fully counseled settlement, and that the parties wish to reduce such settlement to a Judgment,

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the joint Motion for Final Order (#2) is **ALLOWED**, and **JUDGMENT** is **ENTERED** in favor of plaintiff and against defendants Mark Le and Northcross Medical Center, PC, providing that plaintiffs have and take of defendants Mark Le and Northcross Medical Center, PC, the sum of **$6,200,000.00,** with post-judgment interest thereupon accruing at 2.25% as agreed by the parties, with defendants being jointly and severally liable for such amount. The parties shall bear their own costs and attorney's fees.

Signed: June 9, 2014

Max O. Cogburn Jr.
United States District Judge